**Davis Polk**

Arthur J. Burke
+1 212 450 4352
arthur.burke@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

November 7, 2025

Re: *In Re: Libor-Based Financial Instruments Antitrust Litigation*, No. 25-2824

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Dear Ms. Wolfe:

I write to request a correction to the docket in the above-referenced appeal filed, which was docketed on November 5, 2025. On the current docket, I am incorrectly listed as counsel for a number of defendant-appellees that I do not represent. In connection with the U.S. Dollar LIBOR-related litigation and appeals, I am counsel for only Bank of America Corporation, Bank of America, N.A., Merrill Lynch & Co., Merrill Lynch Capital Services, Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, and Merrill Lynch International Bank and do not represent any other party. In this appeal, I should only be listed as counsel for Bank of America Corporation and Bank of America, N.A., and respectfully request that my name be removed as counsel for any other party.

Respectfully submitted,

*/s/ Arthur J. Burke*

Arthur J. Burke