## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In Re: Libor-Based Financial Instruments Antitrust Litigation      Docket No.: 25-2824

Lead Counsel of Record (name/firm) or Pro se Party (name): Aidan Synnott / Paul, Weiss, Rifkind, Wharton & Garrison LLP

Appearance for (party/designation): Deutsche Bank AG / Defendant-Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.   Please change the following parties' designations:
    Party                            Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Aidan Synnott
Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP
Address: 1285 Avenue of the Americas, New York, NY 10019-6064
Telephone: 212-373-3213      Fax: 212-757-3990
Email: asynnott@paulweiss.com

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously.   The short title, docket number, and citation are: In re: Libor-Based Financial Instruments Antitrust Litigation, Nos. 13-3565(L), 13-3636(Con), 15-432(Con), 16-1189, 17-1569(L)
(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: In re: Libor-Based Financial Instruments Antitrust Litigation, No. 25-2756

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 03/27/2024 OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Aidan Synnott
Type or Print Name: Aidan Synnott
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.